# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2995
LT Case No. 2021-310229-MMDB

_____

RONNIE L. NORTHCUTT,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On Appeal from the County Court for Volusia County.
David H. Foxman, Judge.

Matthew J. Metz, Public Defender, and Natalie R. Gossett,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Douglas T.
Squire, Assistant Attorney General, Daytona Beach, for Appellee.

October 31, 2023


PER CURIAM.

    AFFIRMED.

LAMBERT, HARRIS, and PRATT, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————